UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD S. FOREMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>HANFORD EMPLOYEE WELFARE TRUST,<br><br>            Defendant. | No. CV-07-3030-FVS<br><br>ORDER OF DISMISSAL |

   The Plaintiff having filed a notice of voluntary dismissal prior to the service of an answer or motion for summary judgment,

   **IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED WITHOUT PREJUDICE.**

   **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

   **DATED** this  24th  day of September, 2007.

                         s/ Fred Van Sickle
                           Fred Van Sickle
                    United States District Judge

ORDER OF DISMISSAL- 1